UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:21-cv-52-BO

BRIAN PIERCE,

    Plaintiff,

v.

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,

    Defendant.

**JOINT STIPULATION OF DISMISSAL**

The plaintiff, BRIAN PIERCE, and the defendant, HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, through their respective counsel, hereby jointly stipulate and agree that this matter be dismissed with prejudice. Each party will bear its own costs, expenses, and attorneys' fees.

Dated: November 4, 2021

Respectfully submitted,

Attorney for Plaintiff

/s/ Marie E. Casciari
Marie E. Casciari
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, IL 60606
mcasciari@debofsky.com
(312) 561-4040

Attorney for Defendant

/s/ Elizabeth Bondurant
Elizabeth Bondurant
Womble Bond Dickinson, LLP
Atlantic Station
271 17th Street NW, Suite 2400
Atlanta, GA 30363
lisa.bondurant@wbd-us.com
(404) 962-7520

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 4, 2021, she electronically filed the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to all attorneys of record.

/s/ Marie E. Casciari

_____

Marie E. Casciari
Counsel for Plaintiff

Marie E. Casciari
DeBofsky Sherman Casciari Reynolds P.C.
150 North Wacker Drive, Suite 1925
Chicago, Illinois 60606
Telephone: (312) 561-4040
Facsimile: (312) 929-0309
Email: mcasciari@debofsky.com